Rosa Elizabeth GARCIA–REYNOSO,
Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 02–71296.

Agency No. A76–854–244.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 16, 2004.

Suzanne B. Friedman, Law Offices of Suzanne B. Friedman, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mary Jane Candaux, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM**

Rosa Elizabeth Garcia–Reynoso, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals ("BIA") affirming, without opinion, an immigration judge's denial of her application for political asylum and withholding of removal.

Garcia–Reynoso's contentions that the BIA's streamlining regulations violate her right to due process and are void for vagueness are foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849–51 (9th Cir.2003) (holding that the BIA's streamlining procedure does not violate an alien's due process rights).

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

